THE WOMAN'S HOSPITAL OF THE STATE OF NEW YORK, Plaintiff, v. LOUBERN REALTY CORPORATION et al., Defendants.

GRACE E. SECORE, Appellant; DANIEL GREENWALD, as Receiver, Respondent.

(Submitted May 21, 1934; decided May 23, 1934.)

*Frederick Mellor* for motion.
*Nathan Silverman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files printed case within one week and pays ten dollars costs of motion, in which event the motion is denied.